B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of South Carolina

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>***Trenton Plastic Products, LLC*** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**71-0982209** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**601 E. Wise Street**<br>**Trenton, SC**<br>ZIP Code **29847** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Edgefield** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**3525 Metro Drive**<br>**Fort Wayne, IN**<br>ZIP Code **46818** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | ***Trenton Plastic Products, LLC*** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>    Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | ***Trenton Plastic Products, LLC*** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** ***/s/ Jane H. Downey***
Signature of Attorney for Debtor(s)

***Jane H. Downey 5242***
Printed Name of Attorney for Debtor(s)

***Moore Taylor & Thomas PA***
Firm Name

***PO Box 5709***
***1700 Sunset Boulevard***
***West Columbia, SC 29171***
Address

***(803) 929-0030***
Telephone Number

***December 16, 2010***
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** ***/s/ Larry Snell***
Signature of Authorized Individual

***Larry Snell***
Printed Name of Authorized Individual

***Member***
Title of Authorized Individual

***December 16, 2010***
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re  **Trenton Plastic Products, LLC**                                        Case No. _____
                                        Debtor(s)                               Chapter  **7**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)    _____  computer diskette

(b)    _____  scannable hard copy
(number of sheets submitted _____)

(c)    **X**   electronic version filed via CM/ECF


Date:  **December 16, 2010**              /s/ **Larry Snell**
                                          **Larry Snell**/**Member**
                                          Signer/Title

Date:  **December 16, 2010**              /s/ **Jane H. Downey**
                                          Signature of Attorney
                                          **Jane H. Downey 5242**
                                          **Moore Taylor & Thomas PA**
                                          **PO Box 5709**
                                          **1700 Sunset Boulevard**
                                          **West Columbia, SC 29171**
                                          **(803) 929-0030**
                                          Typed/Printed Name/Address/Telephone

                                          **5242**
                                          District Court I.D. Number

```
ADT
PO BOX 371967
PITTSBURGH PA 15250


AIKEN STAFFING
950-C MILLBROOK AVE
AIKEN SC 29803


AIR GAS SAFETY
PO BOX 951884
DALLAS TX 75395


AIRTITE, INC.
PO BOX 775
103 OLD LAURENS ROAD
SIMPSONVILLE SC 29681


ALLIED ELECTRONICS
PO BOX 2325
FORT WORTH TX 76113-2325


AT&T
PO BOX 33009
CHARLOTTE NC 28243


AUGUSTA CRANE & RIGGINS
2931 MILLEDGEVILLE ROAD
CONYERS GA 30094


B&T PALLET SERVICE
PO BOX 613
AIKEN SC 29802


BANK OF AMERICA
PO BOX 15726
WILMINGTON DE 19886-5726


BANK OF AMERICA
PO BOX 15710
WILMINGTON DE 19886


BEARING DISTRIBUTORS, INC.
822 HORIZON SOUTH PKWY
GROVETOWN GA 30813
```

```
BILL FINK
PO BOX 826
AUBURN IN 46706


CAROLINA FLUID COMPONENTS
9309 STOCKPORT PLACE
CHARLOTTE NC 28273


CENTRAL INDUSTRIES
BUSINESS CENTER AT OWINGS MILL
11433 CRONRIDGE DRIVE, STE F
OWINGS MILLS MD 21117


CINTAS CORPORATION
529 LANEYWALKER BLVD
AUGUSTA GA 30901


COASTAL TEK, INC.
204 BENNINGTON CIRCLE
COLUMBIA SC 29229


COLORS FOR PLASTICS
2245 PRATT BLVD
ELK GROVE VILLAGE IL 60007


COMPELTE PROTOTYPE SERVICES
44783 MORLEY DRIVE
CLINTON TOWNSHIP MI 48036


COMPUTER EXCHANGE
3206 PEACH ORCHARD ROAD
AUGUSTA GA 30906


CSRA DOCUMENT SOLUTIONS
802 EAST MARTINTOWN STE 162
NORTH AUGUSTA SC 29841


CUSTOM PLASTICS
1950 E. MCKINLEY AVE
MISHAWAKA IN 46545


D&L INDUSTRIAL
PO BOX 211025
AUGUSTA GA 30917
```

```
DAVENPORT TOOL
120 NUNNALLY ROAD
ANDERSON SC 29625


EDGEFIELD COUNTY TAX COLLECTOR
129 COURTHOUSE SQUARE, STE 202
EDGEFIELD SC 29824


EDGEFIELD COUNTY TREASURER
PO BOX 22
EDGEFIELD SC 29824-0022


EDGEFIELD COUNTY WATER & SEWER AUTHORITY
PO BOX 416
100 WATERWORKS ROAD
EDGEFIELD SC 29824


ELLIOTT DAVIS, LLC
PO BOX 6286
GREENVILLE SC 29606-6286


EMERGENCY EQUIPMENT SERVICE, INC.
2718 MIKE PADGETT HWY
AUGUSTA GA 30906


FIRST INSURANCE FUNDING CORP.
PO BOX 66468
CHICAGO IL 60666-0468


GMAC
3451 HAMMOND AVE
WATERLOO IA 50702


GMAC / ALLY
PO BOX 9001951
LOUISVILLE KY 40290


HERITAGE HARDWARE
301 APPLE SQUARE PLAZA
BEECH ISLAND SC 29842


HERLONG CHEVROLET-PONTIAC-BUICK
PO BOX 176
JOHNSTON SC 29832
```

```
HOME DEPOT
PO BOX 6029
THE LAKES NV 88901-6029


HORNE'S PEST CONTROL COMPANY, INC.
PO BOX 57
EVANS GA 30809


INEOUS OLEFINS & POLYMERS USA
2600 SOUTH SHORE BLVD, STE 500
BELVIDERE IL 61008


INLAND HYDRAULIC'S LLC
2015 NOTH CASHVA DRIVE
FLORENCE SC 29501


INTERNAL REVENUE SERVICE
1835 ASSEMBLY STREET, MDP 39 ROOM 469
ATTN: CENTRAL INSOLVENCY UNIT
COLUMBIA SC 29201


J. A. STAFFORD CO., INC.
PO BOX 2565
AUGUSTA GA 30903


JD PLASTICS
4980 LOFTING DRIVE NE
BELMONT MI 49306


KARREN SNELL
111 MONTE CARLO
PALM BEACH GARDENS FL 33418


KC ROBOTICS
9000 LESAINT DRIVE
FAIRFIELD OH 45014


KELLY SERVICES INC.
PO BOX 530437
ATLANTA GA 30353-0437


KYOCERA MITA SOUTH CAROLINA, INC.
1 MITA BLVD
FOUNTAIN INN SC 29644
```

LARRY SNELL
111 MONTE CARLO
PALM BEACH GARDENS FL 33418


LARRY SNELL
3525 METRO DRIVE N
FORT WAYNE IN 46818


MARYANN SEALS
WOODARD & BUTLER
PO BOX 1906
WALTERBORO SC 29488


MCMASTER-CARR SUPPLY CO.
PO BOX 7690
CHICAGO IL 60680


MIDLAND FORKLIFT, INC.
113 NORTH SHORECREAST ROAD
PO BOX 9466
COLUMBIA SC 29290


MIKE HALL
5344 LAUREL FALLS
GROVETOWN GA 30813


OFFICE DEPOT CREDIT PLAN
PO BOX 689020
DES MOINES IA 50368


PALMETTO AIR & CHILLER SERVICE
PO BOX 3048
WEST COLUMBIA SC 29171


PALMETTO PROPANE & ICE, INC.
PO BOX 4539
LEESVILLE SC 29070


PERRY JOHNSON CONSULTING, INC.
26555 EVERGREEN ROAD, STE 1415
SOUTHFIELD MI 48076


PIEDMONT GLOVE MFG CO.
806 SHELBY HWY
GAFFNEY SC 29341

```
PLASTIC PROCESS EQUIPMENT, INC.
PO BOX 670425
NORTHFIELD OH 44067


PLASTIC PRODUCTS OF THE SOUTH, LLC
601 E. WISE STREET
TRENTON SC 29847


PRATT INDUSTRIES
PO BOX 933949
ATLANTA GA 31193


PRAXAIR DISTRIBUTION, INC.
PO BOX 120812
DALLAS TX 75312


PTS, INC.
518 FLATWOOD ROAD
HODGES SC 29653


QED INC.
4711 NATION CROSSING ROAD, STE D
COLUMBIA SC 29217


SAFETY PLUS, INC.
PO BOX 21035
COLUMBIA SC 29221


SCE&G
COLUMBIA SC 29218


SCE&G
PO BOX 100255
COLUMBIA SC 29202


SNELL CONSULTING
111 MONTE CARLO DRIVE
PALM BEACH GARDENS FL 33418-1745


SOURCE ONE FILTRATION
PO BOX 549
EDNEYVILLE NC 28727
```

```
SOUTH CAROLINA DEPARTMENT OF REVENUE
ATTN: RON URBAN
PO BOX 125
COLUMBIA SC 29214


SOUTHEASTERN LABORATORIES, INC.
110 WALNUT LANE
NORTH AUGUSTA SC 29860


STARK MOLD & PATTERN
4111 MAHONING ROAD NE
CANTON OH 44705


THERMAL CORPORATION
1264 SLAUGHTER ROAD
MADISON AL 35758


THOMSON PLASTICS
1000 GEORGE LYONS PKWY
SANDERSVILLE GA 31082


UNILOY MILACRON S.R.L.
VIA ALESSANDRINI
43 30013 MAGENTA
MI ITALY


UNITED AMERICAN ELECTION SUPPLY CO.
PO BOX 769
BLYTHEWOOD SC 29016


UPS
PO BOX 7247-0244
PHILADELPHIA PA 19107


USF HOLLAND INC.
DRAWER # 5833
PO BOX 79001
DETROIT MI 48279


WACHOVIA
PO BOX 96074
CHARLOTTE NC 28296-0074
```

```
WACHOVIA COMMERICAL LOAN SERVICES
PO BOX 740502
ATLANTA GA 30374


WACHOVIA EQUIPMENT LOAN
PO BOX 15469
WILMINGTON DE 19886
```

# United States Bankruptcy Court
## District of South Carolina

In re **Trenton Plastic Products, LLC**　　　Case No. _____
　　　　　　　　　　Debtor(s)　　　　　　　　　Chapter **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Trenton Plastic Products, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

*December 16, 2010*　　　　　　　　　　/s/ Jane H. Downey
Date　　　　　　　　　　　　　　　　　　*Jane H. Downey 5242*
　　　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant
　　　　　　　　　　　　　　　　　　　　Counsel for **Trenton Plastic Products, LLC**
　　　　　　　　　　　　　　　　　　　　*Moore Taylor & Thomas PA*
　　　　　　　　　　　　　　　　　　　　*PO Box 5709*
　　　　　　　　　　　　　　　　　　　　*1700 Sunset Boulevard*
　　　　　　　　　　　　　　　　　　　　*West Columbia, SC 29171*
　　　　　　　　　　　　　　　　　　　　*(803) 929-0030*